# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA AVIATION PARTNERS, LLC, and UNITED STATES AVIATION UNDERWRITERS, INC., as manager of the member companies of the United States Aircraft Insurance Group, | )<br>)<br>)<br>)<br>) No. 1:15-cv-00650-TWP-DML |
| Plaintiffs, | ) |
| v. | ) |
| JOHN J. SIEGEL, JR., | ) |
| Defendant. | ) |

## **ENTRY ON JURISDICTION**

It has come to the Court's attention that Plaintiffs' Complaint fails to allege all of the facts necessary to determine whether this Court has subject matter jurisdiction over this case. The Complaint alleges that this Court has jurisdiction based upon diversity of citizenship. However, the Complaint fails to sufficiently allege the citizenship of the Plaintiffs. Citizenship is the operative consideration for jurisdictional purposes. *See Meyerson v. Harrah's East Chicago Casino*, 299 F.3d 616, 617 (7th Cir. 2002) ("residence and citizenship are not synonyms and it is the latter that matters for purposes of the diversity jurisdiction").

"For diversity jurisdiction purposes, the citizenship of an LLC is the citizenship of each of its members." *Thomas v. Guardsmark, LLC*, 487 F.3d 531, 534 (7th Cir. 2007). "Consequently, an LLC's jurisdictional statement must identify the citizenship of each of its members as of the date the complaint or notice of removal was filed, and, if those members have members, the citizenship of those members as well." *Id.* The Complaint alleges that Plaintiff Indiana Aviation Partners, LLC is "an Indiana limited liability corporation with its principal place of business located at 7001

Airport Drive, Sellersburg, Indiana 47172." ([Filing No. 1 at 1](#).) This does not establish the citizenship of Plaintiff Indiana Aviation Partners, LLC. Alleging the identity and citizenship of each member of Plaintiff Indiana Aviation Partners, LLC is necessary for this Court to determine whether it has jurisdiction.

Additionally, Plaintiffs' Complaint fails to sufficiently allege the citizenship of Plaintiff United States Aviation Underwriters, Inc. The citizenship of a corporation is "both the state of incorporation and the state in which the corporation has its principal place of business." *Westfield Ins. Co. v. Kuhns*, 2011 U.S. Dist. LEXIS 138262, at *3 (S.D. Ind. Nov. 30, 2011). The Complaint alleges that Plaintiff United States Aviation Underwriters, Inc. has its "principal place of business in the State of New York," ([Filing No. 1 at 1](#)), but it fails to allege the state of incorporation of Plaintiff United States Aviation Underwriters, Inc.

Therefore, the Plaintiffs are **ORDERED** to file a Supplemental Jurisdictional Statement that establishes the Court's jurisdiction over this case. This statement should specifically identify each of the members of Plaintiff Indiana Aviation Partners, LLC and their citizenship, and the state of incorporation of Plaintiff United States Aviation Underwriters, Inc. This Supplemental Jurisdictional Statement is due **7 days** from the date of this Entry.

**SO ORDERED.**

Date: ___4/29/2015___  

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Matthew W. Melton
NORRIS CHOPLIN & SCHROEDER LLP
mmelton@ncs-law.com

Richard L. Norris
NORRIS CHOPLIN & SCHROEDER LLP
rnorris@ncs-law.com

Michelle A. Spahr
NORRIS CHOPLIN & SCHROEDER, LLP
mspahr@ncs-law.com